# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EPT RECORDS LLC, <br><br> Plaintiff, <br><br> v. <br><br> BUILDERTREND SOLUTIONS, INC., <br><br> Defendant. | Civil Action No. 2:16-cv-01145-JRG <br><br> LEAD CASE <br><br><br> JURY TRIAL DEMANDED |
| EPT RECORDS LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIEWPOINT, INC., <br><br> Defendant. | Civil Action No. 2:16-cv-01146-JRG <br><br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff EPT Records, LLC ("Plaintiff") and Defendant Viewpoint, Inc. ("Viewpoint") have reached an agreement in principle which will result in Viewpoint's dismissal from this lawsuit. As such, Plaintiff and Viewpoint hereby move the Court to stay and extend all deadlines in the above-captioned litigation for a period of 30 days while the agreement is finalized and the resulting formal dismissal is filed. Staying such deadlines for this period will allow the parties to avoid unnecessary burden and expense in the litigation until the dismissal is effectuated.

Plaintiff and Viewpoint agree that good cause exists for this motion to be granted.

Respectfully submitted,

Dated: January 16, 2017  By: */s/ Stephen M. Lobbin*
Stephen M. Lobbin (admitted in E.D. Tex.)
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Tel: 949.502.2870
Fax: 949.258.5081
Email: slobbin@onellp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 16, 2017 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　*/s/* Stephen M. Lobbin
　　　　　　　　　　　　　　　　　　　　　Stephen M. Lobbin